IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:12-cr-00444-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GREGORY LYNN HOPSON,

    Defendant.

---

ORDER

---

THIS MATTER coming before the Court on the Government's Unopposed Motion to Disclose Grand Jury Material to Defendant.

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that Grand Jury materials as described in the motion may be disclosed to Defendant and his attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to Defendant and his attorney; and that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge
                              U.S. District Court Judge

DATED: December 13, 2012